UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on August 9, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Elizabeth M. Blevins

| | |
|---|---|
| Case Number: | 13-35954 |
| Hearing Date: | 8/9/2016 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 9, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____debtors_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*