Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  13−35954−JNP
           Chapter:  13
           Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Blevins
   4711 Boxwood Place
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−5194

Employer's Tax I.D. No.:

    NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above−captioned case which was dismissed on July 5, 2016 has been reinstated by order dated August 9, 2016.

Dated: August 9, 2016
JJW: cmf

                                                                       James J. Waldron
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-35954-JNP
Elizabeth M. Blevins                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Aug 09, 2016
                       Form ID: 200    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2016.

```
db            +Elizabeth M. Blevins,    4711 Boxwood Place,    Mays Landing, NJ 08330-2820
cr            +JPMorgan Chase Bank, N.A.,    201 N. Central Avenue, Fl. 7,    Phoenix, AZ 85004-1071
514385302     +Atlantic County Chancery Division,    1201 Bacharach Boulevard,    Atlantic City, NJ 08401-4510
514385303     +Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
514385304     +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
514385305      Internal Revenue Service,    Holtzville, NY
514495213      JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX901032,
                Ft. Worth, TX 76101-2032
514704640     +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514385306     +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
514385307    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Taxation,    PO Box 267,
                Trenton, NJ 08695-0267)
514385309     +Zucker Goldberg & Ackerman,    200 Sheffield Street,    PO Box 1024,
                Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2016 23:32:21     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2016 23:32:18     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514385301     +E-mail/Text: g20956@att.com Aug 09 2016 23:32:58     AT&T Mobility,   PO Box 537104,
                Atlanta, GA 30353-7104
514420037     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 09 2016 23:32:15     Asset Acceptance LLC,
                Po Box 2036,   Warren MI 48090-2036
514463337     +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 09 2016 23:32:37
                Collecto Us Asset Managemnt, Inc.,   c o Jefferson Capital Systems LLC,   Po Box 7999,
                Saint Cloud Mn 56302-7999
514497261      E-mail/Text: bk.notifications@jpmchase.com Aug 09 2016 23:32:09     JPMorgan Chase Bank NA,
                National Bankruptcy Department,   PO Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
514643413      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2016 23:30:20
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
514643414     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 09 2016 23:30:05
                PYOD, LLC its successors and assigns as assignee,   of Springleaf Financial Services Of,
                Indiana, Inc.,   Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
514385308     +E-mail/Text: villageathardingsrun@comcast.net Aug 09 2016 23:33:11
                The Village at Harding's Run,    4899 Winterbury Drive,   Mays Landing, NJ 08330-2851
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC Bank, National Association
514520801*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Department of Treasury,
                Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2016
                               Form ID: 200             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com
              Brian S. Thomas    on behalf of Debtor Elizabeth M. Blevins brian@brianthomaslaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7
```