UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                 : Case No.:    13-35954
Elizabeth M. Blevins                                        :
                                                                          : Adv. No.:   _____
                                                                          :
                                                                          : Judge:         JNP
            Debtor (s),                                            :
_____ : Chapter:         13


# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable    Jerrold N. Poslusny Jr.   , United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. 4C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:**   1/27/2017 at 10:00AM,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ✔ ARE REQUIRED    ____ ARE NOT REQUIRED


DATED:    November 21, 2016                              JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on November 21, 20 16 the foregoing notice was served on the following:
Debtor(s)
Attorney for Debtor(s), if any
Chapter 13 Trustee


JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth M. Blevins  
    Debtor

Case No. 13-35954-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 21, 2016  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.  
db            +Elizabeth M. Blevins,    4711 Boxwood Place,    Mays Landing, NJ 08330-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
           Brian C. Nicholas     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION
            bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Brian S. Thomas     on behalf of Debtor Elizabeth M. Blevins brian@brianthomaslaw.com
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
           Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
           John R. Morton, Jr.     on behalf of Creditor     JPMorgan Chase Bank, N.A.
            mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
           Joshua I. Goldman     on behalf of Creditor     PNC BANK, NATIONAL ASSOCIATION
            jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
                                                                                                                              TOTAL: 7