Order Filed on March 21, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Eric S. Kershenblatt, P.C.**
48 South New York Road
Suite B-5
Galloway, New Jersey 0805
(609) 652-4144
Attorney for: Village at Hardings Run Condominium Association
**EK7577**

In re:

**Elizabeth Blevins and Dino Trivedi**

DebtorMs.

Case No.            13-35954 (JNP)

Adv. No.

Hearing Date:

Judge:                 Jerrold N. Poslusny, Jr.

ORDER GRANTING RELIEF FROM

THE AUTOMATIC STAY
TO

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: March 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor: **Elizabeth Blevins**
Case No: **13-35954 (JNP)**
Caption of Order: **Order Granting Creditor, Village at Hardings Run Condominium Association, Relief from the Automatic Stay**

Upon consideration of Village at Hardings Run Condominium Association's Motion for an Order granting Relief from the Automatic Stay, and good cause appearing therefor, it is hereby

**ORDERED** that:

1. Village at Hardings Run Condominium Association shall be and hereby is granted relief from the automatic stay under 11 U.S.C. Section 362 so that it may commence and/or continue prosecution of one or more civil actions to collect, against the Debtor, post-petition Condominium fees, late charges, attorney fees and court costs and any other charges duly assessed against the Debtor, together with interest and attorney's fees, from said Debtor.

2. The automatic stay is vacated as to Village at Hardings Run Condominium Association to permit the movant to institute or resume and prosecute to conclusion one or more actions described above, including, without limitation, an action or actions seeking to foreclose its lien on real property more fully described as: 4711 Boxwood Place, Hamilton Twp., New Jersey 08330, Atlantic, New Jersey.

3. The Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The Movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the Motion.