Case 13-35954-JNP    Doc 77    Filed 03/23/17    Entered 03/24/17 00:36:07    Desc Imaged
            Certificate of Notice    Page 1 of 3
Case 13-35954-JNP    Doc 70    Filed 02/24/17    Entered 02/24/17 00:38:02    Desc Main
            Proposed Order proposed order    Page 1 of 3

Order Filed on March 21, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Eric S. Kershenblatt, P.C.**
48 South New York Road
Suite B-5
Galloway, New Jersey 0805
(609) 652-4144
Attorney for: Village at Hardings Run Condominium Association
EK7577

In re:

**Elizabeth Blevins and Dino Trivedi**

DebtorMs.

Case No.        13-35954 (JNP)

Adv. No.

Hearing Date:

Judge:          Jerrold N. Poslusny, Jr.

**ORDER GRANTING RELIEF FROM**

**THE AUTOMATIC STAY**
**TO**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | **Elizabeth Blevins** |
| Case No: | **13-35954 (JNP)** |
| Caption of Order: | **Order Granting Creditor, Village at Hardings Run Condominium Association, Relief from the Automatic Stay** |

    Upon consideration of Village at Hardings Run Condominium Association's Motion for an Order granting Relief from the Automatic Stay, and good cause appearing therefor, it is hereby

    **ORDERED** that:

1. Village at Hardings Run Condominium Association shall be and hereby is granted relief from the automatic stay under 11 U.S.C. Section 362 so that it may commence and/or continue prosecution of one or more civil actions to collect, against the Debtor, post-petition Condominium fees, late charges, attorney fees and court costs and any other charges duly assessed against the Debtor, together with interest and attorney's fees, from said Debtor.

2. The automatic stay is vacated as to Village at Hardings Run Condominium Association to permit the movant to institute or resume and prosecute to conclusion one or more actions described above, including, without limitation, an action or actions seeking to foreclose its lien on real property more fully described as: 4711 Boxwood Place, Hamilton Twp., New Jersey 08330, Atlantic, New Jersey.

3. The Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. The Movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth M. Blevins  
    Debtor

Case No. 13-35954-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 21, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.  
db            +Elizabeth M. Blevins,    4711 Boxwood Place,    Mays Landing, NJ 08330-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Brian S. Thomas    on behalf of Debtor Elizabeth M. Blevins brian@brianthomaslaw.com  
        Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Eric S. Kershenblatt    on behalf of Creditor    Village at Hardings Run Condo Assoc.  
         eskpc_bank@comcast.net  
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A.  
         mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
        Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
         jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
                                                                                                        TOTAL: 9