# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.:  13−35954−JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth M. Blevins
   4711 Boxwood Place
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−5194

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 19, 2017
JAN: dac

                                                               Jeanne Naughton
                                                               Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                         Case No. 13-35954-JNP
Elizabeth M. Blevins                                           Chapter 13
        Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin             Page 1 of 2              Date Rcvd: May 19, 2017
                             Form ID: 148            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db             +Elizabeth M. Blevins,    4711 Boxwood Place,    Mays Landing, NJ 08330-2820
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Avenue, Fl. 7,    Phoenix, AZ 85004-1071
cr             +Village at Hardings Run Condo Assoc.,    In care of ESK, P.C.,    48 S. New York Road,   Suite B5,
                 Galloway, NJ 08205-9676
514385302      +Atlantic County Chancery Division,    1201 Bacharach Boulevard,    Atlantic City, NJ 08401-4510
514385303      +Chase Auto Finance,    PO Box 78101,   Phoenix, AZ 85062-8101
514385304      +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
514385305       Internal Revenue Service,    Holtzville, NY
514495213       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX901032,
                 Ft. Worth, TX 76101-2032
514704640      +PNC Bank, National Association,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
514385306      +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
514385307     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Taxation,    PO Box 267,
                 Trenton, NJ 08695-0267)
514385309     #+Zucker Goldberg & Ackerman,    200 Sheffield Street,    PO Box 1024,
                 Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2017 23:14:41     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2017 23:14:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514385301      +EDI: CINGMIDLAND.COM May 19 2017 22:58:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
514420037      +EDI: ACCE.COM May 19 2017 22:58:00      Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
514463337      +EDI: JEFFERSONCAP.COM May 19 2017 22:59:00      Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
514497261       EDI: CAUT.COM May 19 2017 22:58:00      JPMorgan Chase Bank NA,    National Bankruptcy Department,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
514643413       EDI: RESURGENT.COM May 19 2017 22:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514643414       EDI: RESURGENT.COM May 19 2017 22:58:00      PYOD, LLC its successors and assigns as assignee,
                 of Springleaf Financial Services Of,    Indiana, Inc.,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
514385308      +E-mail/Text: villageathardingsrun@comcast.net May 19 2017 23:15:44
                 The Village at Harding's Run,    4899 Winterbury Drive,    Mays Landing, NJ 08330-2851
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
514520801*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,   PO Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: May 19, 2017
                               Form ID: 148             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Brian S. Thomas     on behalf of Debtor Elizabeth M. Blevins brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric S. Kershenblatt     on behalf of Creditor    Village at Hardings Run Condo Assoc.
               eskpc_bank@comcast.net
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.     on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net,   tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Joshua I. Goldman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
                                                                                             TOTAL: 9
```