| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CAMDEN DIVISION** | |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 13-35954-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Elizabeth M. Blevins,<br><br>    Debtor. | |

Order Filed on April 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Elizabeth M. Blevins
Case No.: 13-35954-JNP
Caption of Order: **Order Directing Redaction of Personal Information**

---

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on April 10, 2014, as Claim 9-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.