| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**CAMDEN DIVISION**<br>ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys For Secured Creditor<br>PNC BANK NA<br><br>Shauna Deluca, Esq. (SD-8248) | Case No.: 13-35954-JNP<br><br>Chapter 13<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Elizabeth M. Blevins,<br><br>            Debtor. | |

Order Filed on April 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**ORDER DIRECTING REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: April 30, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Elizabeth M. Blevins
Case No.: 13-35954-JNP
Caption of Order: **Order Directing Redaction of Personal Information**

_____

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by PNC Bank NA, and regarding the following documents:

1. Proof of claim, filed on April 10, 2014, as Claim 9-1 on the Claims Register.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-35954-JNP
Elizabeth M. Blevins                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 30, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
db             +Elizabeth M. Blevins,    4711 Boxwood Place,    Mays Landing, NJ 08330-2820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Brian S. Thomas    on behalf of Debtor Elizabeth M. Blevins brian@brianthomaslaw.com
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric S. Kershenblatt    on behalf of Creditor    Village at Hardings Run Condo Assoc.
               eskpc_bank@comcast.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Shauna M Deluca    on behalf of Creditor    PNC Bank, National Association sdeluca@rasflaw.com
                                                                                                TOTAL: 10